FAWCETT v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. February 25, 1907.) No. 142 (3,979). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 146 Fed. 83, affirming a decision of the Board of United States General Appraisers, which had affirmed the assessment of duty by the collector of customs at the port of New York on merchandise imported by Hughes Fawcett. Curie, Smith & Maxwell (W. Wickham Smith, of counsel), for importer. D. Frank Lloyd, Asst. U. S. Atty. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Decision of Circuit Court affirmed on decision of Judge Wheeler.

---

FLICKENGER WHEEL CO. v. WAGNER. (Circuit Court of Appeals, Sixth Circuit. August 3, 1907.) No. 1,594. Appeal from the District Court of the United States for the Northern District of Ohio. L. E. Powell, for appellant. L. C. Barker, W. J. Geer, John F. Wilson, Cobb, Howard & Bailey, Van Deman, Burkhart & Smith, and Brown, Burnsides & Ballington, for appellees.

PER CURIAM. Decree of District Court affirmed, with costs. See 145 Fed. 162, 76 C. C. A. 132.